UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2019 JUL 23  PH 2: 24

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-cr-122 |
| Plaintiff, | CASE NO. _____ |
| | Judge Walter H. Rice |
| vs. | |
| | INDICTMENT    19mj 1539 |
| ARIF SYED a/k/a ARIF SYED COOK, | 21 U.S.C. § 846 |
| Defendant. | 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C) |

THE GRAND JURY CHARGES:

## COUNT 1
[21 U.S.C. § 846]

Beginning on or about November 2017 to on or about March 26, 2018, in the Southern District of Ohio, defendant **ARIF SYED a/k/a ARIF SYED COOK** knowingly and intentionally conspired with others, both known and unknown to the Grand Jury, to possess with intent to distribute 3,4methylenedioxymethamphetamine - MDMA, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
AMY M. SMITH, 0081712
Assistant United States Attorney